# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-083-396**

**Effective Date of Registration:**
March 27, 2015

## Title

        **Title of Work:** Pandemic Event Endorsement 04-10 Form

## Completion/Publication

        **Year of Completion:** 2015
        **Date of 1st Publication:** March 11, 2015
        **Nation of 1st Publication:** United States

## Author

    •     **Author:** Professional Liability Insurance Services, Inc.
        **Author Created:** text
        **Work made for hire:** Yes
        **Citizen of:** United States
        **Domiciled in:** United States

## Copyright Claimant

        **Copyright Claimant:** Professional Liability Insurance Services, Inc.
        5802 Thunderbird, Building 10, Suite 100, Lago Vista, TX, 78645, United States

## Rights and Permissions

        **Organization Name:** Professional Liability Insurance Services, Inc.
        **Name:** Kristen Thompson
        **Email:** kthompson@plisinc.com
        **Telephone:** (800)761-7547
        **Address:** 5802 Thunderbrid, Building 10, Suite 100
        Lago Vista, TX 78645 United States

## Certification

        **Name:** Kristen Thompson
        **Date:** March 27, 2015

**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
TX 7-147-896

**Effective date of registration:**
December 8, 2009

---

### Title
**Title of Work:** TNR: Non-Standard Endorsements 1998

### Completion/Publication
**Year of Completion:** 1998
**Date of 1st Publication:** February 1, 1998     **Nation of 1st Publication:** United States

### Author
**Author:** Professional Liability Insurance Services, Inc.
**Author Created:** text, compilation, editing
**Work made for hire:** Yes
**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Professional Liability Insurance Services, Inc.
5802 Thunderbird, Building 10, Suite 100, Lago Vista, TX, 78645, United States

### Rights and Permissions
**Organization Name:** Professional Liability Insurance Services, Inc.
**Address:** 5802 Thunderbird, Building 10, Ste. 100
Lago Vista, TX 78645 United States

### Certification
**Name:** Meredith Duke
**Date:** December 8, 2009

## ROYALTIES ENDORSEMENT

**POLICY CERTIFICATE NO.:** 330030 09

### *This Endorsement changes the Policy – please read it carefully.*

In consideration of the annual premium of $       .00 ($       per location for       locations) it is agreed the definition of **Affected Covered Location** is amended to include any Franchise location as a **Covered Location**, but this extension of coverage shall indemnify only the **Insured** and only for the reduction of royalties as a result of an **Incident**. **Item 1.2 Incident Response Expenses** does not apply to this extension of coverage. All other terms, conditions, and definitions of this policy apply to the royalty locations on the same basis as they would apply to a **Covered Location**.

*All other terms and conditions of this policy remain unchanged*

Countersigned: *David J Hanley*
Authorized Representative

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

TX 7-147-897

**Effective date of registration:**

December 8, 2009

---

### Title
- **Title of Work:** TNR: Non-Standard Endorsements 2005

### Completion/Publication
- **Year of Completion:** 2005
- **Date of 1st Publication:** February 1, 2005
- **Nation of 1st Publication:** United States

### Author
- **Author:** Professional Liability Insurance Services, Inc.
- **Author Created:** text, compilation, editing
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Professional Liability Insurance Services, Inc.
  5802 Thunderbird, Building 10, Suite 100, Lago Vista, TX, 78645, United States

### Rights and Permissions
- **Organization Name:** Professional Liability Insurance Services, Inc.
- **Address:** 5802 Thunderbird, Building 10, Ste. 100
  Lago Vista, TX 78645 United States

### Certification
- **Name:** Meredith Duke
- **Date:** December 8, 2009

## ROYALTIES ENDORSEMENT

**POLICY CERTIFICATE NO.:**   330030 09

### *This Endorsement changes the Policy – please read it carefully.*

In consideration of the annual premium of $   ($   per location for   locations) it is hereby understood & agreed that **Section 3. Limits of Indemnity** and **Section 4. Definitions** are amended to read as follows:

**LIMITS OF INDEMNITY:**

| | |
|---|---|
| $ _____ | Aggregate Royalties Sublimit of Indemnity per Covered Location |
| $ _____ | Aggregate Royalties Sublimit of Indemnity for All Covered Locations |
| $ _____ | Deductible Each & Every Incident per Covered Location (not applicable to Crisis Management Expenses) |

### 3.   LIMITS OF INDEMNITY

3.6   **Underwriters'** maximum liability for loss with respect to any single **Covered Location** arising from all **Incidents** resulting in a reduction of royalties occurring during the **Period of Insurance** shall not exceed the "Aggregate Royalites Sublimit of Indemnity Per **Covered Location**" set forth in this Endorsement, regardless of the number of **Insureds** named in the Declarations and shall apply only to the amount of reduction of royalties in excess of any Deductible amount stated in this Endorsement.

3.7   Notwithstanding the provisions of Sections 3.1 of the Policy through 3.6 above, Underwriters' maximum liability for reduction of royalties affecting all **Covered Locations** insured hereunder, resulting from all **Incidents** at any "**Covered Location**" of the Insured shall not exceed the "Aggregate Royalties Sublimit of Indemnity for All **Covered Locations**" set forth in the Royalties Endorsement. The "Aggregate Royalties Sublimit of Indemnity for All **Covered Locations**" shall be part of, and not in addition to, the "Aggregate Limit of Indemnity for All **Covered Locations**" set forth in the Declarations and shall apply only to the amount of reduction of royalties in excess of any Deductible amount stated in this Endorsement.

### 4.   DEFINITIONS

4.3   "**Affected Covered Location**" means a Covered Location whose **Gross Revenues** are negatively impacted due directly and solely to the occurrence of an **Incident**, however, for **Incidents** involving Franchise locations "**Affected Covered Location**" is amended to include any Franchise Location as a **Covered Location**, but this extension of coverage shall indemnify only the **Insured** and only for the reduction of Royalties as a result of an **Incident**.

Under the Insuring Agreement, **Item 1.2 Incident Response Expenses** does not apply to this extension of coverage. All other terms, conditions, and definitions of this Policy apply to the royalties locations on the same basis as they would apply to a **Covered Location**.

See the policy wording for further **Conditions Precedent To Liability, Conditions, Definitions, Limits of Indemnity** and **Exclusions** that apply.

*All other terms and conditions of this policy remain unchanged*

Countersigned: ____*David J Hanley*____
Authorized Representative

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-085-299**

**Effective Date of Registration:**
March 31, 2015

## Title

**Title of Work:** Pandemic Event Endorsement 12-09

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 11, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Professional Liability Insurance Services, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Professional Liability Insurance Services, Inc.
5802 Thunderbird, Building 10, Suite 100, Lago Vista, TX, 78645, United States

## Rights and Permissions

**Organization Name:** Professional Liability Insurance Services, Inc.
**Name:** Kristen Thompson
**Email:** kthompson@plisinc.com
**Telephone:** (800)761-7547
**Address:** 5802 Thunderbird, Building 10, Suite 100
Lago Vista, TX 78645 United States

## Certification

**Name:** Kristen Thompson
**Date:** March 30, 2015