IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2019 JAN 23 AM 11:30

| | |
|---|---|
| PROFESSIONAL LIABILITY<br>INSURANCE SERVICES, INC., Plaintiff,<br><br>-vs-<br><br>HISCOX, INC., U.S. RISK, INC., and<br>U.S. RISK, LLC, Defendants. | Case No. 1:18-cv-01072-LY |

### ORDER

BE IT REMEMBERED on this the 23rd day of January, 2019, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Uly Samuel Gunn** ("Applicant"), counsel for **Hiscox, Inc.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Hiscox, Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 23rd day of January, 2019.

UNITED STATES DISTRICT JUDGE