IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL LIABILITY INSURANCE SERVICES, INC., PLAINTIFF, | § § § § | |
| V. | § | CAUSE NO. A-18-CV-01072-LY |
| HISCOX, INC., U.S. RISK, INC., AND U.S. RISK, LLC, DEFENDANTS. | § § § § § § | |

## ORDER

Before the court is Defendants U.S. Risk, Inc. and U.S. Risk, LLC's (collectively "U.S. Risk") Unopposed Motion for Leave to File Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 8 and 12(b)(6) Under Seal filed January 22, 2019 (Clerk's Document No. 12). U.S. Risk seeks to file under seal its motion and the accompanying exhibits.

Only in the rarest of circumstances will this court allow pleadings to be filed in sealed or redacted form with the complete pleading filed under seal. Attorneys should be adept enough pleaders to avoid the stating of confidential or privileged matters within the body of a pleading. Exhibits to pleadings may be filed under seal with proper leave of court. Therefore,

**IT IS ORDERED** that Defendants U.S. Risk, Inc. and U.S. Risk, LLC's Unopposed Motion for Leave to File Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 8 and 12(b)(6) Under Seal filed January 22, 2019 (Clerk's Document No. 12) is **DENIED WITHOUT PREJUDICE.** U.S. Risk may file a redrafted motion and may seek leave to file under seal exhibits that contain confidential information.

SIGNED this 23rd day of January, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE